RICHARD K. GROSBOLL, Bar No. 99729
SONYA M. GORDON, Bar No. 232600
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
         sgordon@neyhartlaw.com

**E-Filed 4/15/2010**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS,<br><br>Plaintiff,<br><br>vs.<br><br>ACS CONTROLS CORPORATION, an entity,<br><br>Defendant. | Case No.  09-CV-3783-JF<br><br>[Proposed] ORDER<br><br>Date:        April 16, 2010<br>Time:       10:30 a.m.<br>Location:  280 South 1st Street<br>                 San Jose, CA 95113<br>Courtroom: Courtroom 3, 5th Floor<br>Judge:      Hon. Jeremy Fogel |

[Proposed] ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and Plaintiff are ordered to comply with this Order. In addition, the Court orders a 90-day continuance of the Case Management Conference, to __July 16__, 2010.

Dated: __4/15/2010__              _____
                                   United States District Judge

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL

-2-

CASE MANAGEMENT STATEMENT
Case No. C-09-3783-JF

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On April 15, 2010, I served the within:

**[Proposed] ORDER**

on Plaintiff in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

ACS CONTROLS CORPORATION
4704 Roseville Road Suite #101
North Highlands, CA 95660

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 15, 2010, at San Francisco, California.

                                                  /s/ Sonya M. Gordon
                                                Sonya M. Gordon