**E-Filed 9/3/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>ACS CONTROLS CORPORATION, an entity,<br><br>Defendant. | Case No. 09-CV-03783-JF (HRL)<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT |

On September 3, 2010, the Court heard Plaintiff's motion for default judgment and for attorneys' fees and costs. The complaint was filed on August 18, 2009. Service of process was effected on August 24, 2009. Plaintiff served Defendant with its motion for entry of default on November 6, 2009, obtained a clerk's entry of default on November 9, 2009, and served the instant motion for default judgment on July 30, 2010. Defendant did not appear or file opposition to the motions.

Plaintiff has provided ample support for a total award of $14,090.57 (plus $3.09 of prejudgment interest per day after September 3, 2010 until judgment is entered), comprised of damages in the amount of $8,538.14 (including prejudgment interest of $943.93) and attorneys'

1  fees and costs in the amount of $5,539.78.  Accordingly, the motions for default judgment and
2  attorneys' fees and costs are GRANTED.
3        IT IS SO ORDERED.
4
5  DATED: 9/3/2010
6
7                                                    _____
8                                                    JEREMY FOGEL
                                                     United States District Judge