**E-Filed 9/7/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>ACS CONTROLS CORPORATION, an entity,<br><br>Defendant. | Case No. 09-CV-03783-JF (HRL)<br><br>DEFAULT JUDGMENT |

Judgment is hereby entered for Plaintiff and against Defendant in the amount of $8,550.79 plus attorneys' fees and costs of $5,539.78.

DATED: 9/3/2010

_____
JEREMY FOGEL
United States District Judge